## (June 21, 1954.)

■

ATLANTIC BEACH PROPERTY OWNERS' ASSOCIATION, INC., et al., Suing on Behalf of Themselves and All Other Property Owners in Atlantic Beach, Nassau County, Similarly Situated, Respondents, v. TOWN OF HEMPSTEAD, Appellant.— Plaintiffs by this action seek to permanently enjoin the Town of Hempstead from making available to residents in a portion of Atlantic Beach Park District the use of beach and bay park areas in the district. The beach and bay park areas had been conveyed to defendant by the corporate plaintiff by deed containing a covenant whereby the defendant agreed not to permit the use of said beach and bay areas by others than residents and owners of property in the Atlantic Beach Park District as it existed at the time of said conveyance. After said conveyance, defendant extended the park district to include the adjoining development of Inlet Estates, to the residents of which defendant threatens to make available the use of said beach and bay areas. Defendant appeals from an order granting plaintiffs' motion for a temporary injunction and denying defendant's motion to dismiss the complaint. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, MacCrate, Schmidt and Murphy, JJ., concur.

■

HAZEL F. BITTSON, Respondent, v. ANTHONY J. BITTSON, Appellant.— In an action for a separation defendant appeals from an order denying his motion to vacate an order of sequestration or, in the alternative, to permit him to substitute security in lieu thereof. Order modified by striking from the decretal paragraph the words " is in all respects denied ", and adding in place thereof the words " be and the same hereby is granted to the extent of permitting defendant to substitute for said order such security as may be specified by the court after a hearing to fix the same." As so modified, order affirmed, without costs and the matter remitted to Special Term for a hearing, as aforesaid. The defendant is entitled to this provision under sections 1171 and 1171-a of the Civil Practice Act, which sections must be read together herein and, as so read, authorize the substitution of security for any property held under the sequestration order. (*Berger* v. *Berger* [Appeal No. 2], 233 App. Div. 855; and see *Kupfer* v. *Kupfer*, 260 App. Div. 953, and *Scharer* v. *Scharer*, 279 App. Div. 603.) Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.

■

CARRIE CHAPPELLE, Respondent, v. GERRY ESTATES, INC., et al., Appellants.— In an action to recover damages for personal injuries, defendants appeal from an order vacating an order of preclusion and granting plaintiff permission to serve a bill of particulars on certain conditions. Order affirmed, with $10 costs and disbursements. No opinion. Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.